STEVEN J. SIBLEY (SBN 152365)
JOHN DINAPOLI (SBN 84365)
DINAPOLI & SIBLEY
Ten Almaden Boulevard, Suite 1250
San Jose, CA 95113-2271
Telephone: (408) 999-0900
Facsimile: (408) 999-0191
e-mail: sjs@ dslaw.net

Attorneys for Plaintiff KURT
ANTHONY MILLER

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA-SAN JOSE DIVISION

| | |
|---|---|
| GLORIA CABRAL, | Case No. 18-51575 MEH |
| | Chapter 13 |
| Debtor. | Adv. Pro. No. 18-05055 |
| KURT ANTHONY MILLER, | |
| Plaintiff, | **SUBSTITUTION OF ATTORNEY** (Party Now Representing Self) |
| v. | |
| GLORIA CABRAL, | |
| Defendant. | |

TO THE COURT AND ALL PARTIES ARE NOTIFIED THAT plaintiff KURT MILLER (plaintiff) makes the following substitution as of Friday, November 23, 2018:

1. Former Legal Representative: Steven J. Sibley, John E.F. DiNapoli, dba DiNapoli & Sibley

2. New Legal Representative: Kurt Miller, representing self. Address: 1405-647 Michigan Street, Victoria, B.C. V8V1S9. Tel. No. (206) 787-2615.

3. The party making this substitution is Moving Party Creditor KURT MILLER.

4. The Creditor Moving Party and the former legal representative both consent to this substitution.

| PLAINTIFF KURT MILLER | STEVEN J. SIBLEY |
|---|---|
| *[signature]* | *[signature]* |
| KURT MILLER | STEVEN SIBLEY |
| Dated: 11/26/18 | Dated: 11/29/18 |