**LAWRENCE P. RAMIREZ (State Bar No. 141550)**
**LINDA KENY (State Bar No. 187013)**
**NATALIE NABIZADA (State Bar No. 319798)**
**THE LITIGATION LAW GROUP**
111 North Market Street, Suite 1010
San Jose, CA 95113
Telephone: 408 971-1119   Facsimile: 408 971-1129
Email:  lpramirez@thellg.com; lindakeny@thellg.com

Attorneys for Defendant, GLORIA CABRAL

# UNITED STATES BANKRUPTCY COURT

## IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| GLORIA CABRAL,<br><br>　　　　DEBTOR,<br>_____<br>KURT ANTHONY MILLER,<br><br>　　　　Plaintiff,<br>v.<br><br>GLORIA CABRAL,<br>　　　　Defendant. | Lead Bankruptcy Case No: 18-51575<br><br>Adv. Pro. Case Number: 18-05055<br><br>**NOTICE OF HEARING ON DEFENDANT CABRAL'S MOTION TO DISMISS ADVERSARY COMPLAINT**<br><br>Hearing: January 17, 2019<br>Time: 9:30 a.m.<br>Courtroom: 3020, 280 South 1st Street<br> Judge Hammond |

　　TO PLAINTIFF KURT ANTHONY MILLER ("Miller") or Plaintiff:

　　PLEASE TAKE NOTICE That at the time and place set forth above, Defendant GLORIA CABRAL ("Defendant" or "Cabral"), appearing through counsel will present her

Motion to Dismiss Plaintiff's Adversary Complaint for Dischargeability of Debt which was filed on November 5th, 2018.

The Motion will be based on this Notice, the accompanying Motion and Memorandum of Points and Authorities, and such other arguments and authorities presented at the hearing on this Motion.

PLEASE TAKE FURTHER NOTICE: That any response to the Motion is governed by Fed. R. Bank. P. 7007-1, 9013-1, 9013-2 and 9013-3.

Respectfully Submitted,

DATED: December 5, 2018

                                          THE LITIGATION LAW GROUP

                                          s/s Linda Keny
                                          Lawrence P. Ramirez
                                          Linda Keny
                                          ATTORNEYS FOR DEFENDANT,
                                          GLORIA CABRAL