Andrew D. Weiss SBN 121149
**LAW OFFICES OF ANDREW D. WEISS**
26459 Rancho Parkway South
Lake Forest, California 92630
Telephone: (949) 360-9478
Facsimile: (949) 360-0302
Email: oclawadw@aol.com
Attorney for
Kurt Miller

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| In Re:<br><br>GLORIA CABRAL ROBLES,<br><br>Debtor.<br><br>KURT ANTHONY MILLER,<br><br>Plaintiff<br><br>v.<br><br>GLORIA CABRAL ROBLAS<br><br>Defendant. | Lead Case No. 18-51575 MEH<br><br>Adv. Pro. Case No. 18-05055 MEH<br><br>Chapter 13<br><br>**JOINT SCHEDULING CONFERENCE REPORT** |

The parties submit the following Joint Scheduling Conference Report.

**Settlement**

The parties have agreed to participate in the Court ADR Program following the Court's ruling on the motion for relief from stay filed by Kurt Miller and currently set for a second day of evidentiary hearing on January 22, 2019.

**Discovery Plan**

The parties have agreed to the discovery plan set forth below. The parties expect the Court's ruling on the motion for relief from stay filed by Kurt Miller will resolve a number of issues that will affect the discovery required in this action.

There are currently two pending adversary proceedings between the parties. The parties have agreed to conduct discovery in the two actions, jointly, to avoid duplicate depositions etc.

| | |
|---|---|
| Fact Discovery Cut-off | 4/15/2019 |
| Last day to her Discovery Motions | 5/14/2019 |
| Expert Witness Disclosures | 30 days before trial |

LAW OFFICES OF ANDREW D. WEISS

Dated: 1/10/19

By: _____
Andrew D. Weiss

THE LITIGATION LAW GROUP

Dated: 1/11/19

By: _____
Linda Keny

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document entitled (*specify*): **JOINT SCHEDULING CONFERENCE REPORT** will be served or was served **(a)** on the judge in chambers if required and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) January 11, 2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Plaintiff's counsel, Lawrence P. Ramirez lpramirez@thellg.com; Linda Keny lindakeny@thellg.com
Attorney for Trustee, Nanette Dumas Email: ctdocs@ch13sj.com
Office of the U.S. Trustee/SJ

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) January 11, 2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) January 11, 2019, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 11, 2019 | Andrew D. Weiss | s/ *Andrew D. Weiss* |
|---|---|---|
| Date | Printed Name | Signature |