

The following constitutes the order of the Court.
Signed: March 14, 2019

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br>Gloria Cabral Robles,<br><br>              Debtor(s). | Case No. 18-51575 MEH<br>Chapter 13 |
| Kurt Anthony Miller,<br>              Plaintiff.<br>v.<br>Gloria Cabral,<br>              Defendant. | Adv. No. 18-05055 |

## ORDER DISMISSING ADVERSARY PROCEEDING

A status conference in the above-entitled matter was held on March 13, 2019. Appearances were stated on the record. The court dismissed the main bankruptcy case on February 20, 2019.[1] As a result, the court must decide if it may retain jurisdiction over a related proceeding subject to considerations of judicial economy, fairness, convenience, and comity. *See In re Carraher*, 971 F.2d 327, 328 (9th Cir. 1992); *In re Casamont Investors, Ltd.*, 196 B.R.

---
[1] Dkt# 109 in Case No. 18-51575.

517 (9th Cir. BAP 1996). The weighing of these factors is subject to the court's discretion. *See Carraher*, 971 F.2d at 328; *In re Szanto*, 2016 WL 3256989 at *4 (B.A.P. 9th Cir. June 3, 2016). The general rule is that related proceedings should be dismissed following dismissal of the underlying bankruptcy. *See Carraher*, 971 F.2d at 328.

For the reasons more fully stated on the record at the hearing, the factors weigh against the court retaining jurisdiction over the adversary proceeding.

Accordingly, the adversary proceeding is hereby

DISMISSED.

***END OF ORDER***

## COURT SERVICE LIST

**Via ECF:**

All ECF Recipients