STEVEN J. SIBLEY (SBN 152365)
JOHN DINAPOLI (SBN 84365)
DINAPOLI & SIBLEY
Ten Almaden Boulevard, Suite 1250
San Jose, CA 95113-2271
Telephone: (408) 999-0900
Facsimile: (408) 999-0191
e-mail: sjs@ dslaw.net

Counsel to KURT MILLER, Movant.

THE UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA-SAN JOSE DIVISION

IN RE:

    GLORIA CABRAL,

        Debtor.

Case No. 18-51575 MEH

Chapter 13

**DECLARATION OF GARY KUNASEK IN SUPPORT OF MOTION TO TERMINATE, ANNUL AND FOR IN REM RELIEF FROM THE BANKRUPTCY AUTOMATIC STAY**

**[Property: 3474 Gila Drive, San Jose, California 95148]**

Hearing
Date: September 14, 2018
Time: 10:00 a.m.
Place: Courtroom 3020
       Federal Courthouse-San Jose
       280 South First Street
Judge: M. Elaine Hammond

---

GARY KUNASEK states:

1. I am a certified appraiser in the State of California, doing business as Real Estate Appraisal Services and qualified to render appraisals of residential real property. I have been a certified appraiser for thirty (30) years. I was requested by Steven J. Sibley to render an opinion of the fair market value of a single-family home

commonly known as 3474 Gila Drive, San Jose, California 95148. (Property).

2. My review of the Property, the Property's condition and other factors to determine fair market value resulted in a Property valuation of $980,000. A copy of my appraisal report is attached. This Property valuation is dated August 10, 2018. I am informed and belief that the Property had the same value as of July 18, 2018.

3. I charge $200 per hour for deposition time, with a four-hour minimum.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 19th day of August, 2018 in San Jose, California.

                                        _/s/ Gary Kunasek_____

                                        GARY KUNASEK